## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James R. Rogers, Jr.,                                    Civ. No. 25-1723 (JWB/DLM)

        Petitioner,

v.                                                              **ORDER ACCEPTING**
                                                     **REPORT AND RECOMMENDATION**
B. Eischen and FBOP,                                  **OF MAGISTRATE JUDGE**

        Respondents.

---

United States Magistrate Judge Douglas L. Micko issued a Report and Recommendation ("R&R") on May 13, 2025. (Doc. No. 4.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.    The May 13, 2025 Report and Recommendation (Doc. No. 4) is **ACCEPTED**; and

2.    Petitioner James R. Rogers, Jr.'s Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 16, 2025                        *s/ Jerry W. Blackwell*
                                            JERRY W. BLACKWELL
                                            United States District Judge